No. P68/518.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 61/5663, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiffs was sustained.